OPINION — AG — THE OKLAHOMA INDUSTRIAL DEVELOPMENT AND PARKS DEPARTMENT IS PRESENTLY VESTED WITH THE AUTHORITY "TO ENTER INTO CONTRACTS, ACCEPT GRANTS FROM THE FEDERAL GOVERNMENT, UNDERTAKE PLANNING STUDIES, ETC." TO THE SAME EXTENT AS WAS THE FORMER STATE DEPARTMENT OF COMMERCE AND INDUSTRY, SUBJECT ONLY TO THE SUPERVISORY CONTROL OF THE OKLAHOMA INDUSTRIAL DEVELOPMENT AND PARKS COMMISSION. (HARVEY CODY)